```
                                                          FILED
                                                     December 22, 2016
              UNITED STATES DISTRICT COURT FOR THE   CLERK, US DISTRICT COURT
                                                     EASTERN DISTRICT OF
                EASTERN DISTRICT OF CALIFORNIA         CALIFORNIA
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:08-CR-00363-GEB
           Plaintiff,          )
v.                             )   ORDER FOR RELEASE OF
                               )   PERSON IN CUSTODY
PHILIP JESSE GARCIA,           )
                               )
           Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PHILIP JESSE GARCIA, Case No. 2:08-CR-00363-GEB, Charge 18 USC § 3606, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

          __   Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond with Surety

          __   Corporate Surety Bail Bond

   ✔    (Other)    All previous conditions of supervised release remain in full force and effect.
   — Stay away from ex-girlfriend mentioned in petition.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 22, 2016 at 2:30 pm.

By _____
Deborah Barnes
United States Magistrate Judge